UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 SEP 13 AM 11: 35

CLERK

BY /am
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| RICHARD MEMOLI (a.k.a. "Rico"), | ) | 5:18-cr-104-1 |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about June 26, 2018, in the District of Vermont, defendant RICHARD MEMOLI (a.k.a. "Rico") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

-1-

## COUNT TWO

The Grand Jury further charges:

On or about July 5, 2018, in the District of Vermont, defendant RICHARD MEMOLI a.k.a. "Rico") knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

*Christina E. Nolan* (by JRP)
CHRISTINA E. NOLAN
United States Attorney
Rutland, Vermont
September 13, 2018